MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company, | Case No.:  2:22-cv-01212-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | **(FIRST REQUEST)** |
| MTC FINANCIAL INC. DBA TRUSTEE CORPS, a California Corporation, BANK OF AMERICA, N.A., a national association; DOES I-X, inclusive, | |
| Defendants. | |

Big Rock Assets Management, LLC and Bank of America, N.A. (**BANA**) stipulate that BANA shall have an additional thirty (30) days, up to and including **October 17, 2022**, to file its response to Big Rock's complaint, which is currently due on September 16, 2022.

Good cause exists to grant the requested extension since the parties are engaged in settlement negotiations with respect to this case and another pending in the court. *See Big Rock Assets Management, LLC v. National Default Servicing Corporation*, case no.  2:22-cv-00909-CDS-DJA. Big Rock also recently filed another case against BANA in state court. *See Big Rock Assets Management, LLC v. National Default Servicing Corporation*, No. A-22-858117-C.  The parties are attempting to reach a global settlement.  Incurring fees related to a response could impact a potential settlement.

{66344923;1}

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 13th day of September, 2022.

| **AKERMAN LLP** | **ANDREW BAO & ASSOCIATES** |
| --- | --- |
| */s/ Scott R. Lachman* | */s/ Andrew A. Bao* |
| MELANIE D. MORGAN, ESQ. | ANDREW A. BAO, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10508 |
| SCOTT R. LACHMAN, ESQ. | 8020 S. Rainbow Boulevard, Suite 100-163 |
| Nevada Bar No. 12016 | Las Vegas, NV 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Big Rock Assets Management, LLC* |
| | |
| *Attorneys for Bank of America, N.A.* | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** September 14, 2022
_____

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{66344923;1}

2