MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MTC FINANCIAL INC. DBA TRUSTEE CORPS, a California Corporation, BANK OF AMERICA, N.A., a national association; DOES I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01212-APG-NJK<br><br>**ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Big Rock Assets Management, LLC and Bank of America, N.A. (**BANA**) stipulate that BANA shall have an additional thirty (30) days, up to and including **December 16, 2022**, to file its response to Big Rock's complaint, which is currently due on November 16, 2022.

Good cause exists to grant the requested extension since the parties continue to discuss settlement with respect to this case and other cases pending in the court.  *See Big Rock Assets Management, LLC v. National Default Servicing Corporation*, No. 2:22-cv-00909-CDS-DJA; *Big Rock Assets Management, LLC v. National Default Servicing Corporation*, No. 2:22-cv-01543-APG-EJY.  The parties are attempting to reach a global settlement and additional time is needed to discuss settlement among multiple counsel, the parties, and other interested entities.  Incurring fees related to a response could impact a potential settlement.

1

{67313504;1}

This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of November, 2022.

| **AKERMAN LLP** | **ANDREW BAO & ASSOCIATES** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Andrew A. Bao* <br> ANDREW A. BAO, ESQ. <br> Nevada Bar No. 10508 <br> 8020 S. Rainbow Boulevard, Suite 100-163 <br> Las Vegas, NV 89139 <br><br> *Attorneys for Big Rock Assets Management, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2022

2

{67313504;1}