**Andrew A. Bao, Esq.**
**Nevada State Bar No. 10508**
**ANDREW BAO & ASSOCIATES**
**8020 S. Rainbow Blvd., Ste 100-163**
**Las Vegas, NV  89139**
**Tel: (702) 823-4137**
**abao@abao.law**

**Attorneys for Plaintiff,**
**BIG ROCK ASSETS MANAGEMENT, LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company,<br><br>               Plaintiff<br><br>       v.<br><br>MTC FINANCIAL INC. DBA TRUSTEE CORPS., a California Corporation; BANK OF AMERICA, N.A., a National Association; DOES I-X; Inclusive<br><br>               Defendants. | CASE NO.:   2:22-cv-1212-APG-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO BANK OF AMERICA, N.A.'S MOTION TO DISMISS (FIRST REQUEST)** |

    Big Rock Assets Management, LLC and Bank of America, N.A. stipulate that Plaintiff shall have up to and including **January 13, 2023**, to file its response to Bank of America, N.A.'s Motion to Dismiss Complaint, which is currently due on December 13, 2022.

    Good cause exists to grant this extension.  Since the first extension was requested, the parties have discussed parameters that involve dismissing this action with prejudice.  One party has agreed to the parameters and approval is pending with the other party.  Thus, a response to the motion to dismiss may not necessary.

/ / /

1

1    This is the parties' first request for an extension of this deadline and is not intended to cause

2    any delay or prejudice to any party.

3    DATED: December 22, 2022.

| **AKERMAN LLP** | **ANDREW BAO & ASSOCIATES** |
|---|---|
| /s/ Scott R. Lachman | /s/ Andrew A. Bao |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>DONNA WITTIG<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Bank of America, N.A.* | ANDREW A. BAO, ESQ.<br>Nevada Bar No. 10508<br>8020 S. Rainbow Boulevard, Suite 100-163<br>Las Vegas, NV 89139<br>*Attorneys for Big Rock Assets Management, LLC* |

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**
Case No.: 2:22-cv-1212-APG-NJK

**DATED:** December 26, 2022

2

3201128.1