**Andrew A. Bao, Esq.**
Nevada State Bar No. 10508
**ANDREW BAO & ASSOCIATES**
8020 S. Rainbow Blvd., Ste 100-163
Las Vegas, NV  89139
Tel: (702) 823-4137
abao@abao.law

Attorneys for Plaintiff,
BIG ROCK ASSETS MANAGEMENT, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>v.<br><br>MTC FINANCIAL INC. DBA TRUSTEE CORPS., a California Corporation; BANK OF AMERICA, N.A., a National Association; DOES I-X; Inclusive<br><br>Defendants. | CASE NO.:   2:22-cv-1212-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO BANK OF AMERICA, N.A.'S MOTION TO DISMISS (SECOND REQUEST)** |

Big Rock Assets Management, LLC ("Plaintiff") and Bank of America, N.A. ("BANA") stipulate that Plaintiff shall have up to and including **January 30, 2023**, to file its response to Bank of America, N.A.'s Motion to Dismiss Complaint, which is currently due on January 13, 2022.

Good cause exists to grant this extension.  The parties to this action recently resolved a similar case (*See Big Rock Assets Management LLC v. National Default,* Case No 2:22-cv-00909) and are discussing similar parameters to resolve this matter.  Thus, a response to the motion to dismiss may not be necessary, and incurring attorney's fees to do so may affect the settlement.

1

3201128.1

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED: January 12, 2023.

| **AKERMAN LLP** | **ANDREW BAO & ASSOCIATES** |
|---|---|
| /s/ Donna Wittig (w/ auth) | /s/ Andrew Bao |
| MELANIE D. MORGAN, ESQ. | ANDREW A. BAO, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10508 |
| SCOTT R. LACHMAN, ESQ. | 8020 S. Rainbow Boulevard, Suite 100-163 |
| Nevada Bar No. 12016 | Las Vegas, NV 89139 |
| DONNA WITTIG | *Attorneys for Big Rock Assets Management, LLC* |
| Nevada Bar No. 11015 | |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | |
| *Attorneys for Bank of America, N.A.* | |

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:22-cv-1212-APG-NJK

DATED: January 13, 2023

3201128.1