UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT, LLC,<br><br>    Plaintiff<br><br>v.<br><br>MTC FINANCIAL INC. and BANK OF AMERICA, N.A.,<br><br>    Defendants | Case No.: 2:22-cv-01212-APG-NJK<br><br>**Order Regarding Bond** |

Plaintiff Big Rock Assets Management, LLC deposited $500 as a bond in support of a temporary restraining order (TRO). ECF No. 8.  The TRO expired and I declined to convert it into a preliminary injunction. ECF No. 14.  I also denied Bank of America's request to release the cash bond to it. *Id.*  Later, I dismissed Big Rock's complaint, and judgment was entered in favor of Bank of America. ECF Nos. 32, 33.  The cash bond remains on deposit with the court.

I THEREFORE ORDER  the parties to confer about how to dispose of the cash bond. The parties will file either a stipulation or a joint brief explaining each side's position by May 4, 2023.

DATED this 17th day of April, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE