SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com
Email:  donna.wittig@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MTC FINANCIAL INC. DBA TRUSTEE CORPS, a California Corporation, BANK OF AMERICA, N.A., a national association; DOES I-X, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-01212-APG-NJK<br><br>**RENEWED STIPULATION AND ORDER TO SPLIT BOND** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

70244362;1

In response to this court's order regarding bond [ECF No. 34], Big Rock Assets Management LLC and Bank of America, N.A. (**BANA**) stipulate to split the cash bond and interest evenly. Big Rock is to receive $250.00 and BANA is to receive $250.00, and any interest will be split evenly between Big Rock and BANA. To the extent there is an extra $0.01, Big Rock is to receive the extra penny. Big Rock's portion will be paid to "Andrew Bao & Associates," Big Rock's counsel of record in this action. BANA's portion will be paid to "Bank of America, N.A.," and BANA will provide W-9's to the appropriate court staff for disbursement of the funds.

DATED this 8th day of May, 2023.

| **AKERMAN LLP** | **ANDREW BAO & ASSOCIATES** |
|---|---|
| /s/ Scott R. Lachman | /s/ Andrew A. Bao |
| SCOTT R. LACHMAN, ESQ. | ANDREW A. BAO, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 10508 |
| DONNA M. WITTIG, ESQ. | 8020 S. Rainbow Boulevard, Suite 100-163 |
| Nevada Bar No. 11015 | Las Vegas, NV 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Big Rock Assets Management, LLC* |
| | |
| *Attorneys for Bank of America, N.A.* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:22-cv-01212-APG-NJK

**DATED:** May 9, 2023